JOHN ZINZE, PLAINTIFF-RESPONDENT, v. FRANK
FRASCA, DEFENDANT-APPELLANT.

Submitted May 1, 1945—Decided May 15, 1945.

Before Justices CASE, BODINE and PERSKIE.

For the appellant, *Paul C. Kemeny.*

For the respondent, *Alfred D. Antonio.*

The opinion of the court was delivered by

BODINE, J. It appears from the agreed state of the case
that the plaintiff received permanent injury to his left arm
and was receiving compensation.

The defendant is a barber and masseur by trade. Plaintiff
explained his injury and disability to him telling him that
the doctors all said his condition was permanent. The de-
fendant then told the plaintiff that the doctors did not know
anything about such matters and that he would treat him
and guarantee to cure his disability. The defendant said
his fee would be $60, but plaintiff then told him "if you cure
me I will give you $100 not $60." Defendant further agreed
with plaintiff that the fee would be returned to plaintiff if
plaintiff's disability was not cured.

The plaintiff paid $80 on account which he sought to
recover. The defendant counter-claimed on a *quantum
meruit.* No cure seems to have been effected and the trial
judge gave judgment for the plaintiff. The facts proved
support the judgment. This is sufficient reason not to dis-
turb it.

The cases are numerous that the Supreme Court will not review findings of the District Court upon questions of fact, if there be legal evidence to support them. *Siccardi* v. *Caruso,* 120 *N. J. L.* 111; *Barnes* v. *Browell Bus Co.,* 130 *Id.* 193.

The judgment is affirmed, with costs.